# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, and ASTRAZENECA AB,<br><br>Plaintiffs,<br><br>v.<br><br>FRESENIUS KABI USA, LLC,<br><br>Defendant. | C. A. No. 17-1795-VAC-MPT |

## CONSENT JUDGMENT

AstraZeneca AB, AstraZeneca Pharmaceuticals LP and AstraZeneca UK Limited (hereinafter collectively "AstraZeneca"), and Fresenius Kabi USA, LLC (hereinafter, "Fresenius"), the parties in the above-captioned action, have agreed to terms and conditions representing a negotiated settlement of the action and have set forth those terms and conditions in a Settlement Agreement (the "Settlement Agreement"). Now the parties, by their respective undersigned attorneys, hereby stipulate and consent to entry of judgment and an injunction in the action, as follows:

IT IS this ___ day of January, 2018:

ORDERED, ADJUDGED AND DECREED as follows:

1. This District Court has jurisdiction over the subject matter of the above action and has personal jurisdiction over the parties.

2. As used in this Consent Judgment, (i) the term "Fresenius Product" shall mean the drug product sold, offered for sale or distributed pursuant to New Drug Application No. 210326 (and defined in greater detail in the Settlement Agreement); (ii) the term "Licensed

1

Patents" shall mean United States Patent Numbers 6,774,122, 7,456,160, 8,329,680 and 8,466,139; and (iii) the term "Affiliate" shall mean any entity or person that, directly or indirectly through one or more intermediaries, controls, is controlled by, or is under common control with Fresenius; for purposes of this definition, "control" means (a) ownership, directly or through one or more intermediaries, of (1) more than fifty percent (50%) of the shares of stock entitled to vote for the election of directors, in the case of a corporation, or (2) more than fifty percent (50%) of the equity interests in the case of any other type of legal entity or status as a general partner in any partnership, or (b) any other arrangement whereby an entity or person has the right to elect a majority of the Board of Directors or equivalent governing body of a corporation or other entity or the right to direct the management and policies of a corporation or other entity.

3. Unless otherwise specifically authorized pursuant to the Settlement Agreement, Fresenius, including any of its Affiliates, successors and assigns, is enjoined from infringing the Licensed Patents, on its own part or through any Affiliate, by making, having made, using, selling, offering to sell, importing or distributing of the Fresenius Product.

4. Compliance with this Consent Judgment may be enforced by AstraZeneca and its successors in interest, or assigns, as permitted by the terms of the Settlement Agreement.

5. This District Court retains jurisdiction to enforce or supervise performance under this Consent Judgment and the Settlement Agreement.

6. All claims, counterclaims, affirmative defenses and demands in these actions are hereby dismissed with prejudice and without costs, disbursements or attorneys' fees to any party.

_____
U.S. District Court Judge

We hereby consent to the form and entry of this Order:

| McCARTER & ENGLISH, LLP | PHILLIPS, GOLDMAN, McLAUGHLIN & HALL, P.A. |
|---|---|
| */s/ Daniel M. Silver* | */s/ John C. Phillips, Jr.* |
| Michael P. Kelly (# 2295) | John C. Phillips, Jr. (# 110) |
| Daniel M. Silver (# 4758) | Megan C. Haney (# 5016) |
| Benjamin A. Smyth (# 5528) | 1200 North Broom Street |
| Renaissance Centre | Wilmington, DE 19806 |
| 405 N. King St., 8th Flr. | (302) 655-4200 |
| Wilmington, DE 19801 | *jcp@pgmhlaw.com* |
| (302) 984-6300 | *mch@pgmhlaw.com* |
| *mkelly@mccarter.com* | |
| *dsilver@mccarter.com* | *Attorneys for Defendant* |
| *bsmyth@mccarter.com* | |
| | |
| *Attorneys for Plaintiffs* | |